# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SUZANNE M. EBBERT, | : | No. 119 MM 2016 |
| Petitioner | : | |
| v. | : | |
| BARBARA K. MEST, DAVID O. KNECHT, JANET R. HUBER AND COLDWELL BANKER HEARTHSIDE REALTORS AND LINDA EMERSON, | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.